```
              IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF TEXAS

                       BEAUMONT DIVISION

MARK ROBERT GRANDA              §
VS.                             §   CIVIL ACTION NO. 1:05cv86
CHARLES CARVER                  §
```

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Mark Robert Granda, through counsel, filed the above-styled petition for writ of habeas corpus.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition. The magistrate judge recommends the petition be dismissed for lack of subject-matter jurisdiction.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is hereby **ADOPTED**. A final judgment will be entered

dismissing this petition in accordance with the magistrate judge's recommendation.

So **ORDERED** and **SIGNED** this **27** day of **June, 2005.**

_____
Ron Clark, United States District Judge